Turner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Cortez Lawrence
United States Fire Administration
16825 South Seaton Ave.
Emmitsburg, MD
21727

3:07 CV 162-MEF (cmp/sm 20 dys)

2. Article Number (Transfer from service label): 7006 0100 0003 6638 2408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) Jack Swaby    C. Date of Delivery APR 20 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[EMMITSBURG MD APR 20 2007 USPS postmark]

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    *Mailed by atty*    102595-02-M-1540