AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/16/07 |
| NAME OF SERVER (PRINT) Billy Smith | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of Auburn 144 Techmer Avenue

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: D. Arcy W Wernett Risk Manger

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/07
        *Date*

*Signature of Server* Billy Smith

207 Montgomery St
Montgomery Ala
*Address of Server*

RETURNED AND FILED

MAY 11 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

             MIDDLE             District of             ALABAMA

CHRIS E. TURNER

V.

CITY OF AUBURN, ALABAMA, A
MUNICIPALITY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 cv 162-MEF

TO: (Name and address of Defendant)

BILL HAM, JR
c/o The City of Auburn, Alabama
141 N. Ross Street
Auburn, AL  36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt
4898 Valleydale Road
Suite A-3
Birmingham, AL  35242

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                   2/23/2007
CLERK                                                                      DATE

(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/16/07 |
| NAME OF SERVER *(PRINT)* Billy Smith | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: City of Auburn 144 Techmer Ave Auburn AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: D. Arly Wivernett Risk Manger

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/06    *Billy Smith*
             Date        Signature of Server

267 Montgomery St
Address of Server
Montgomery Ala.

**RETURNED AND FILED**

MAY 11 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CHRIS E. TURNER

V.

CITY OF AUBURN, ALABAMA, A
MUNICIPALITY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV162-F

TO: (Name and address of Defendant)

LEE LAMAR
c/o The City of Auburn, Alabama
141 N. Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt
4898 Valleydale Road
Suite A-3
Birmingham, AL 35242

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          2/23/2007

CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/16/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Billy Smith | Private Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: City of Auburn 144 Tichner Ave Auburn Ala

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: D. Arey W. Wernett

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/07   Billy Smith
           Date        Signature of Server

202 Montgomery St
Montgomery Ala
Address of Server

RETURNED AND FILED

MAY 11 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __ALABAMA__

CHRIS E. TURNER

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF AUBURN, ALABAMA, A MUNICIPALITY, ET AL.

CASE NUMBER: 3:07 cv 162-F

TO: (Name and address of Defendant)

CHARLES M. DUGGAN
c/o The City of Auburn, Alabama
141 N. Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt
4898 Valleydale Road
Suite A-3
Birmingham, AL 35242

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/23/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/16/07 |
| NAME OF SERVER (PRINT) Billy Smith | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: City of Auburn 144 Techmer Avenue Auburn Ala.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Darcy W. Wernett Risk Manger

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/07    Billy Smith
         Date          Signature of Server

207 Montgomery St
Address of Server
Montgomery Ala.

RETURNED AND FILED

MAY 11 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____MIDDLE____ District of ____ALABAMA____

CHRIS E. TURNER

V.

CITY OF AUBURN, ALABAMA, A
MUNICIPALITY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv162-F

TO: (Name and address of Defendant)

LARRY LANGLEY
c/o The City of Auburn, Alabama
141 N. Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt
4898 Valleydale Road
Suite A-3
Birmingham, AL 35242

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                          2/23/2007

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/16/07 |
| NAME OF SERVER (PRINT) Billy Smitt | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: City OF AUBURN 144 Techmer Avenue Auburn Ala

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: D. Arcy, W. Werrett Risk Manger

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/07
             Date

Signature of Server: Billy Smith

Address of Server: 207 Montgomery St Montgomery Ala. 36104

**RETURNED AND FILED**

**MAY 11 2007**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CHRIS E. TURNER

V.

CITY OF AUBURN, ALABAMA, A
MUNICIPALITY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv162-F

TO: (Name and address of Defendant)

BILL JAMES
c/o The City of Auburn, Alabama
141 N. Ross Street
Auburn, AL  36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt
4898 Valleydale Road
Suite A-3
Birmingham, AL  35242

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    2/23/2007

CLERK                                                DATE

(By) DEPUTY CLERK