## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 24, 2007

# NOTICE OF DEFICIENCY

| | |
|---|---|
| **To:** | **Jeffrey William Bennitt**<br>**Jeff Bennitt & Associates LLC**<br>**P. O. Box 383063**<br>**4898 Valleydale Road**<br>**Suite A-3**<br>**Birmingham, AL 35238-3063** |
| **From:** | **Clerk's Office** |
| **Case Style:** | **Chris E. Turner v. City of Auburn, et al.** |
| **Case Number:** | **#3:07-cv-00162-MEF** |
| **Referenced Pleading:** | **First Motion for Leave to Amend Complaint** |

**The above-referenced pleading did not contain a PROPOSED AMENDED COMPLAINT.**

**The listed deficiency must be corrected within 10 days from the date of this notice.**

**Please E-MAIL the PROPOSED AMENDED COMPLAINT in PDF format to donna_norfleet@almd.uscourts.gov. Please DO NOT E-FILE the Proposed Amended Complaint. Once the court receives the proposed pleading by e-mail, we will make the necessary corrections.**

**DO NOT RESUBMIT THE ENTIRE DOCUMENT.**

**If you have any questions, please contact me at (334)954-3955.**