IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRIS E. TURNER,                      )
                                      )
        Plaintiff,                    )
v.                                    )        CASE NO. 3:07-cv-162-MEF
                                      )
CITY OF AUBURN, *et al.,*             )
                                      )
        Defendants.                   )

## **O R D E R**

Upon consideration of plaintiff's First Motion to Amend/Correct Complaint (Doc. #16) filed on May 23, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before June 4, 2007 as to why the motion should not be granted.

DONE this the 25th day of May, 2007.


                        _____/s/ Mark E. Fuller_____
                        CHIEF UNITED STATES DISTRICT JUDGE