IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF AUBURN, a municipality )<br>of The State of Alabama; LARRY )<br>LANGLEY, an individual; LEE )<br>LAMAR, an individual; BILL HAM, )<br>JR., an individual; STEVEN A. )<br>REEVES, an individual; BILL JAMES, )<br>an individual; DAVID WATKINS, an )<br>individual; CHARLES M. DUGGAN, )<br>an individual; and CORTEZ LAWRENCE, )<br>an individual; )<br>)<br>    Defendants. ) | CASE NO: 3:07-cv-162-MEF |

**OBJECTION TO PLAINTIFF'S FIRST MOTION TO AMEND**

**COME NOW** the Defendants and herewith object to Plaintiff's First Motion to Amend as follows:

Plaintiff filed a First Motion for Leave to Amend Complaint on May 23, 2007. However, the proposed Amended Complaint was not contained with the Motion. On May 24, 2007, the Clerk issued a Notice of Deficiency requiring Plaintiff to provide the proposed Amended Complaint within ten (10) days from the date of said Notice. As of this date, the proposed Amended Complaint has not been filed.

Defendants object to Plaintiff's First Motion for Leave to Amend Complaint on the grounds that it does not contain the proposed Amended Complaint and is deficient and Plaintiff has not cured nor complied with the Notice of Deficiency. Defendants are

unable to articulate other grounds at this point until they have had an opportunity to review the proposed Amended Complaint. However, Defendants specifically reserve the right to supplement this objection at such time as the Plaintiff may actually file a proposed Amended Complaint.

      /s/ *Randall Morgan*
      RANDALL MORGAN [MORG8350]
      Attorney for Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,**
    **COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Jeffrey W. Bennitt
Jeff Bennitt & Associates, LLC
P.O. 383063
Birmingham, Alabama 35238-3063

Wanda D. Devereaux, Esq.
Deveraux & Associates, LLC
2800 Zelda Road, Ste 200-2
Montgomery, Alabama 36106

      /s/ *Randall Morgan*
      OF COUNSEL