**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 5, 2007

# NOTICE OF NON-COMPLIANCE

To:                ALL COUNSEL OF RECORD

Case Style:         Chris E. Turner v. City of Auburn, et al.

Case Number:        #3:07-cv-00162-MEF

Referenced Pleading:    Amendment to Complaint

Docket Entry Number:    #20

The referenced pleading was electronically filed on 6/4/2007 in this case and is not in compliance with the local rules and/or administrative procedures of this court. Leave of court has not been granted allowing the filing of the amended complaint.

The referenced document has been filed prematurely, signed by one attorney and filed under another attorney's login, and does not restate the original complaint in its entirety. The newly named parties should also be noted in the caption of the amended complaint.

Therefore, Document #20 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.