IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRIS E. TURNER,                  )

                                      )

        Plaintiff,                )

v.                                  )        CASE NO. 3:07-cv-162-MEF

                                      )

CITY OF AUBURN, *et al.,*       )

                                      )

        Defendants.         )

## O R D E R

Upon consideration of Plaintiff's Motion to Amend (Doc. # 16), it is hereby

ORDERED that

1.  Plaintiff shall supplement Plaintiff's Motion to Amend by filing a copy of the

proposed amended complaint that complies with Local Rule 15.1[1] on or before **June 11,**

**2007**.

2.  Defendants show cause in writing on or before **June 15, 2007**, as to why Plaintiff's

Motion to Amend (Doc. # 16) should not be granted.

DONE this 8th day of June, 2007.

                        /s/ Mark E. Fuller
                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 15.1 states that "[a]ny amendment to a pleading . . . must . . reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." M.D. Ala. LR 15.1.