**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 11, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Chris E. Turner v. City of Auburn, et al.

**Case Number:** #3:07-cv-00162-MEF

**Referenced Document:** Document #25
Response to Order

**This notice has been docketed to enter the pdf of the referenced document into the record. The pdf was omitted when the referenced document was originally filed. The pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, et al | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 3:07cv 162 MEF |
| | ) |
| CITY OF AUBURN, et al., | ) |
| | ) |
|     Defendants | ) |

RESPONSE TO COURT'S ORDER TO SUPPLEMENT MOTION TO AMEND

    Comes now the plaintiff and hereby responds to the court's order to supplement his motion to amend by filing a proposed final amended complaint.

                                        /s/ Jeff Bennitt

                                        _____
                                        Jeffrey W. Bennitt ASB N51J
                                        BENOO4

Jeff Bennitt & Associates, LLC, P.O. Box 383063
Birmingham, Al   35238-3063
Suite 3A 4898 Valleydale Rd., Birmingham, Al 35242 (205) 408-7240
fax: (205) 408-9236        e-mail: Bennittlaw@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was served on counsel below by email on 6/11/07.

Hon. Randall Morgan
Hon. Wanda Devereaux
Hon. Richard Horsley

/s/ Jeff Bennitt
_____