IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS E. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 3:07-cv-162-MEF |
| | ) | |
| CITY OF AUBURN, a municipality of The State of Alabama; LARRY LANGLEY, an individual; LEE LAMAR, an individual; BILL HAM, JR., an individual; STEVEN A. REEVES, an individual; BILL JAMES, an individual; DAVID WATKINS, an individual; CHARLES M. DUGGAN, an individual; and CORTEZ LAWRENCE, an individual; | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# **MOTION FOR ENLARGEMENT**

**COME NOW** the Defendants and herewith move this Court for an enlargement of time to comply with the time requirement of Section 4 which establishes a cutoff date to file motions to amend the pleadings and to add parties. Under the current Uniform Scheduling Order, the date for compliance with Section 4 is August 29, 2007. Defendants request an additional forty-five (45) days in which to comply with Section 4. This case is in the early stages and there has been no discovery conducted and no depositions taken. Defendants request the additional time in order to allow them to determine whether or not to amend their Answer and to add parties. Defendants submit the requested extension is short in nature and will not unduly prejudice the Plaintiff nor will it delay the trial of this case which is not scheduled until August 11,

2008.  Defendants further submit that one of their attorneys has consulted with one of the attorneys for Plaintiff and there is no objection to this requested extension.

WHEREFORE, these premises prayed, the Defendants move for the requested enlargement of time to comply with Section 4.

/s/ *Randall Morgan*
RANDALL MORGAN [MORG8350]
ELIZABETH B. CARTER [3272-C-38E]
Attorney for Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,
   COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of August, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Jeffrey W. Bennitt
Jeff Bennitt & Associates, LLC
P.O. 383063
Birmingham, Alabama 35238-3063

Wanda D. Devereaux, Esq.
Deveraux & Associates, LLC
2800 Zelda Road, Ste 200-2
Montgomery, Alabama 36106

/s/ *Randall Morgan*
OF COUNSEL