IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| CHRIS E. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-162-MEF |
| | ) | |
| CITY OF AUBURN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Enlargement (Doc. #29) filed on August 29, 2007, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the Uniform Scheduling Order entered by the Court on June 15, 2007 is VACATED. The parties are DIRECTED to file with the court a Rule 26(f), Federal Rules of Civil Procedure, report containing the discovery plan on or before October 15, 2007.

DONE this the 4th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE