IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-162 MEF |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend the Complaint (Doc # 16), which he filed on May 23, 2007, and Defendant's Objection to Plaintiff's Motion to Amend (Doc # 28), filed June 15, 2007. This Court has carefully reviewed the submissions by both parties and feels that it is in need of further briefing by the parties on the issues raised by the Defendants in their objection at sections 3 ("No Right to Sue Letter"), 4 ("Not Allowed by Rule 20"), and 5 ("Defendants Will Be Prejudiced").

In addition, the Court would like to direct the Plaintiff to paragraph 57 of the Amended Complaint, which states, "The Equal Employment Opportunity Commission issued a determination for each of the amended Plaintiffs that evidence established reasonable cause to believe violations of the statute occurred as alleged. The Plaintiffs [*sic*] EEOC charges and determination letters are attached respectively as Exhibits (A), (B), (C) and (D)." There are no such attachments to any of the amended complaints filed by the Plaintiff. Therefore, in addition to responding to the Defendants' objections as directed above, Plaintiff should provide this Court with any letters from the EEOC pertaining to the amended Plaintiffs'

claims.

For the reasons set forth above, it is hereby ORDERED that

(1) Plaintiff shall file a Response to Defendants' Objection to Plaintiff's Motion to Amend (Doc # 28) by September 28, 2007; and

(2) Defendants may file a Reply to Plaintiff's Response by October 5, 2007.

DONE this the 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE