IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-162 MEF |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Amend the Complaint (Doc. # 16), which he filed on May 23, 2007, and Defendant's Objection to Plaintiff's Motion to Amend (Doc. # 28), filed June 15, 2007. On September 21, 2007, this Court entered an Order requiring additional briefing by the parties on certain issues related to the Plaintiff's Motion to Amend.

After a thorough review of the arguments made by the parties, as well as the relevant caselaw, it is hereby ORDERED that the Plaintiff's Motion to Amend (Doc. # 16) is DENIED.

DONE this the 27th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE