IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. |
| CITY OF AUBURN, et al, ) | |
| ) | 3: 07-cv-162.MEF |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW CHRIS E. TURNER, a plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/6/07                                           /s/ Jeff Bennitt
_____                    _____
Date                                                  Counsel

Chris E. Turner

_____
Counsel for (print names of all parties)
121 Edenton St.   Birm. Al   35242

_____
Address, City, State Zip Code

205 408 7240
_____
Telephone Number


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


**CERTIFICATE OF SERVICE**


I, Jeff Bennitt, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 6th day of December, to:


Hon. Randall Morgan
Hon. Wanda Devereaux

12/6/07                                                                                       /s/ Jeff Bennitt
_____                                        _____
          Date                                                                                 Signature