IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:07-cv-162-MEF |
| ) | |
| CITY OF AUBURN, a municipality ) | |
| of The State of Alabama; LARRY ) | |
| LANGLEY, an individual; LEE ) | |
| LAMAR, an individual; BILL HAM, ) | |
| JR., an individual; STEVEN A. ) | |
| REEVES, an individual; BILL JAMES, ) | |
| an individual; DAVID WATKINS, an ) | |
| individual; CHARLES M. DUGGAN, ) | |
| an individual; and CORTEZ LAWRENCE, ) | |
| an individual; ) | |
| ) | |
| Defendants. ) | |

# MOTION FOR ENLARGEMENT

**COME NOW** the Defendants and herewith show unto the Court that pursuant to Section 4 of the current Uniform Scheduling Order, the date for filing amendments and adding new parties is December 28, 2007. The Defendants request a short extension of only 21 days or until January 18, 2008 in which to comply with Section 4. Defendants have consulted with one of the attorneys for Plaintiff and he has no objection to this request. This requested extension is short in nature, will not effect any of the other established cutoff dates, but is needed by Defendants to adequately prepare its defense.

                        /s/ *Randall Morgan*
                        RANDALL MORGAN [MORG8350]
                        ELIZABETH B. CARTER [3272-C-38E]
                        Attorneys for Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,**
    **COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 17th day of December, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Jeffrey W. Bennitt
Jeff Bennitt & Associates, LLC
P.O. 383063
Birmingham, Alabama 35238-3063

Wanda D. Devereaux, Esq.
Deveraux & Associates, LLC
2800 Zelda Road, Ste 200-2
Montgomery, Alabama 36106

                        /s/   *Randall Morgan*
                        OF COUNSEL