IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-162-MEF |
| ) | |
| CITY OF AUBURN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Deadline (Doc. #49) filed on December 17, 2007, it is hereby

ORDERED that the motion is GRANTED to and including January 18, 2008.

DONE this the 20th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE