# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHRIS E. TURNER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )CIVIL ACTION NO: 3:07cv162-MEF |
| | ) |
| **CITY OF AUBURN**, et al | ) |
| | ) |
|     **Defendants,** | ) |

## MOTION TO CONSOLIDATE FOR DISCOVERY

    Plaintiff moves to consolidate discovery with Eddie Ogletree, et al v. City of Auburn, 3:07-cv-867-WKW, for the cases are similar and this avoid some duplicate discovery.

                                        /s/ Jeff Bennitt

                                        _____
                                        Jeffrey W. Bennitt ASB N51J
                                        BENOO4

Jeff Bennitt & Associates, LLC,
121 Edenton St., Birmingham, Al 35242 (205) 408-7240
fax: (205) 408-9236       e-mail: Bennittlaw@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was served on counsel below by email on 6/11/07.

Hon. Randall Morgan
Hon. Wanda Devereaux
Hon. Richard Horsley

/s/ Jeff Bennitt
_____