IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-162-MEF |
| ) | |
| CITY OF AUBURN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Third-Party Complaint (Doc. #52) filed on January 18, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before February 1, 2008 as to why the motion should not be granted.

DONE this the 25th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE