IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO.: 3:07-cv-162 |
| | ) |
| CITY OF AUBURN, et al, | ) |
| | ) |
|     Defendants | ) |

RESPONSE TO COURT ORDER DATE JANUARY 25, 2008, DOCUMENT 54

Plaintiff has no objection to the defendants' Motion for Leave to File Third Party Complaint.


/Jeff Bennitt/
_____


Jeff Bennitt & Associates, LLC
121 Edenton St., Birmingham, AL 35242
Bennittlaw@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon all parties by email January 27, 2008.


/Jeff Bennitt/
_____