IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-162 MEF |
| | ) |
| CITY OF AUBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Defendants' Motion to Reconsider Order Denying Motion for Leave to File Third-Party Complaint (Doc. # 59), filed February 6, 2008. After a thorough review of the issues presented in that motion, it is hereby ORDERED that:

(1)   The Motion to Reconsider (Doc. # 59) is GRANTED.

(2)   This Court's Order (Doc. # 58), issued on February 6, 2008, is VACATED.

(3)   Defendant's Motion for Leave to File Third Party Complaint (Doc. # 52) is GRANTED.

DONE this 8th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE