IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, )<br>)<br>Plaintiff, )<br>) CV: 3:07-162-MEF<br>v. )<br>)<br>CITY OF AUBURN, a municipality of )<br>The State of Alabama; LARRY )<br>LANGLEY, an individual; LEE LAMAR )<br>an individual; BILL HAM, JR., an )<br>individual; STEVE A. REEVES, an )<br>individual; DAVID WATKINS, an )<br>individual; CHARLES M. DUGGAN, )<br>an individual; and CORTEZ )<br>LAWRENCE, an individual, )<br>)<br>Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that the below attorneys hereby appear on behalf of the City of Auburn.

/s/ William K. Hancock
William K. Hancock

/s/ Ray A. Carle
Ray A. Carle

Attorneys for City of Auburn

OF COUNSEL:
ADAMS & REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL  35203
Telephone:  (205) 250-5000
Facsimile:  (205) 250-5034

724231-1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2008, I electronically filed same using the Alafile system which will electronically notify all attorneys of record.

Richard F. Horsley
King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, AL 35209

                                                       /s/ William K. Hancock
                                                       OF COUNSEL

724231-1