IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS E. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV: 3:07-162-MEF |
| v. | ) | |
| | ) | |
| CITY OF AUBURN, a municipality of | ) | |
| The State of Alabama; LARRY | ) | |
| LANGLEY, an individual; LEE LAMAR | ) | |
| an individual; BILL HAM, JR., an | ) | |
| individual; STEVE A. REEVES, an | ) | |
| individual; DAVID WATKINS, an | ) | |
| individual; CHARLES M. DUGGAN, | ) | |
| an individual; and CORTEZ | ) | |
| LAWRENCE, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

Please take notice that the below attorneys hereby withdraw their Notice of Appearance on behalf of the City of Auburn and appear on behalf of CWH Research Company.

/s/ William K. Hancock
William K. Hancock

/s/ Ray A. Carle
Ray A. Carle

Attorneys for CWH Research Company

OF COUNSEL:
ADAMS & REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203

724239-1

Telephone: (205) 250-5000
Facsimile: (205) 250-5034

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed same using the Alafile system which will electronically notify all attorneys of record.

Richard F. Horsley
King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, AL 35209

Jeffrey W. Bennit
P.O. Box 383063
Birmingham, AL 35238-3063

Wanda D. Devereaux
Devereaux & Associates
2800 Zelda Road, Suite 200-2
Montgomery, AL 36106

Randall Morgan
Hill Hill Carter
P.O. Box 116
Montgomery, AL 36101-0116

/s/ William K. Hancock
OF COUNSEL

724239-1