IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-162-MEF |
| | ) |
| CITY OF AUBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Consolidate for Discovery (Doc. # 51), filed January 18, 2008. That motion is DENIED.

Nothing in this Order should be construed to prevent the parties from working with each other to make discovery between the two cases as efficient as possible. If either party feels the other is being unreasonable and preventing efficient discovery, then that party can file a renewed motion to consolidate for discovery at that time.

DONE this 21st day of February, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE