IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Chris E. Turner, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-162 |
| | ) |
| City of Auburn, Larry Langley, et al., | ) |
| | ) |
|     Defendant, | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW CWH Research, Inc., a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

3/3/08
Date

_____
Counsel Signature

William K. Hancock
Counsel for (print names of all parties)

2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203

(205) 250-5000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, William K. Hancock, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of March 2008, to:

Wanda Devereaux, 2800 Zelda Road, Suite 200-2, Montgomery, AL 36106

Jeffrey W. Bennitt, P.O. Box 38306, Birmingham, AL 35238-3063

_3/03/08_
Date

_[signature]_
Signature