IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRIS E. TURNER,                          )
                                          )
        Plaintiff,                        )
v.                                        )        CASE NO. 3:07-cv-162-MEF
                                          )
CITY OF AUBURN, *et al.,*                 )
                                          )
        Defendants.                       )

## **O R D E R**

Upon consideration of the defendant's Motion to Amend Uniform Scheduling Order

(Doc. #67) filed on March 3, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 4th day of March, 2008.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE