IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 3:07-cv-00162-MEF |
| ) | |
| CITY OF AUBURN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 3, 2008, CWH Research, Inc., moved the Court for a protective order (Doc. #66). The motion indicates that counsel for all other parties consents to the protective order. Accordingly, it is

ORDERED that CWH Research, Inc. shall submit electronically a proposed protective order in Microsoft Word or Word Perfect Format to the undersigned's proposed order box (propord_capel@almd.uscourts.gov) on or before March 18, 2008.

Done this 4th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE