AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

PLAINTIFF
  CHRIS E. TURNER

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
  CITY OF AUBURN

Case Number: 3:07-CV-162-MEF

V. THIRD PARTY DEFENDANT
  CWH RESEARCH, INC.

To: Name and address of Third Party Defendant

CWH Research, Inc.
9085 East Mineral Circle
Suite 350
Englewood, Colorado 80112

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Jeffrey W. Bennitt<br>Jeff Bennitt & Associates, LLC<br>P.O. 383063<br>Birmingham, Alabama 35238-3063<br><br>Wanda D. Devereaux, Esq.<br>Deveraux & Associates, LLC<br>2800 Zelda Road, Ste 200-2<br>Montgomery, Alabama 36106 | Randall Morgan, Esq.<br>Hill, Hill, Carter, Franco, Cole & Black, P.C.<br>P.O. Box 116<br>Montgomery, Alabama 36101-0116 |

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*[signature]*
(By) DEPUTY CLERK

March 4, 2008
DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                          _____
                                                    *Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

7005 3450 0000 3380 4205

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

3:07cv162
Postmark Here

Sent To CWH RESEARCH, INC.
Street, Apt. No.; or PO Box No. 9085 E. Mineral Circle Suite 350
City, State, ZIP+4 Englewood, Colorado 80112

PS Form 3800, August 2006    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.