IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS E. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 3:07-cv-00162-MEF |
| | ) | |
| CITY OF AUBURN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION AND PROTECTIVE ORDER**

On March 3, 2008, CWH Research, Inc., moved the Court for a protective order (Doc. #66). The motion indicates that counsel for all other parties consents to the protective order. Upon consideration of the motion and for good cause, it is

ORDERED that the motion (Doc. #66) is GRANTED. It is further

ORDERED as follows:

By agreement of the parties, including third-party defendant CWH, the plaintiff's deposition has been scheduled for March 10, 2008 and the City of Auburn has agreed to put up a 30(b)(6) designee on Friday, March 14. Given the factual complexities involved in the case, and most notably, the agreement of the parties as represented without objection in the underlying motion for this protective order, this Court orders that CWH shall be allowed to participate in the plaintiff's and the City of Auburn's depositions while preserving its right to depose the plaintiff and the City of Auburn at a later date.

Done this 5th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE