IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-162-MEF |
| | ) |
| CITY OF AUBURN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Withdraw as Attorney for City of Auburn and Appear on Behalf of CWH Research Company (Doc. # 62), filed February 21, 2008. On February 21, 2008, attorneys William Hancock and Ray Carle filed a Notice of Appearance (Doc. # 61) on behalf of the City of Auburn ("the City"). Later the same day, Hancock and Carle filed this motion, styled as a "Notice of Withdrawal," by which they sought to withdraw their appearance on behalf of the City and instead appear on behalf of CWH Research Company, against whom the City has filed a third party complaint.

Because the Notice of Appearance on behalf of the City appears to have been an error, it is hereby ORDERED that the Motion to Withdraw as Attorney for the City of Auburn and to Appear on Behalf of CWH Research Company (Doc. # 62) is GRANTED.

DONE this the 6th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE