Turner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CWH RESEARCH, INC.
9085 E. Mineral Circle
Suite 350
Englewood, Colorado 80112

3:07cv162  3rd physm + Cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): E. Martinez
B. Date of Delivery
C. Signature
   X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: RANCH... MAR 10 2008 ...TON CO USPS]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7006 3450 0000 3380 4205

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952