IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-162-MEF |
| ) | |
| CITY OF AUBURN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Amend/Correct Answer (Doc. #79) filed on May 5, 2008, it is hereby

ORDERED that the motion is GRANTED. It is further ORDERED that the amended answer shall be filed no later than May 12, 2008.

DONE this the 8th day of May 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE