IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRIS E. TURNER,                          )
                                          )
        Plaintiff,                        )
v.                                        )        CASE NO. 3:07-cv-162-MEF
                                          )
CITY OF AUBURN, *et al.,*                 )
                                          )
        Defendants.                       )

# **O R D E R**

Upon consideration of the defendants' Motion for Extension of Time to Amend

Answer (Doc. #82) filed on May 12, 2008, it is hereby

ORDERED that the motion is GRANTED to and including May 23, 2008.

DONE this the 20th day of May 2008.


                        _____
                             /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE