IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS E. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 3:07-cv-162-MEF |
| | ) | |
| CITY OF AUBURN, a municipality | ) | |
| of The State of Alabama; LARRY | ) | |
| LANGLEY, an individual; LEE | ) | |
| LAMAR, an individual; BILL HAM, | ) | |
| JR., an individual; STEVEN A. | ) | |
| REEVES, an individual; BILL JAMES, | ) | |
| an individual; DAVID WATKINS, an | ) | |
| individual; CHARLES M. DUGGAN, | ) | |
| an individual; and CORTEZ LAWRENCE, | ) | |
| an individual; | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION FOR
ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

COME NOW the parties and herewith jointly request the Court to extend the time for discovery cutoff until November 21, 2008.  As grounds for this Motion, the parties show unto the Court that the trial of this case is not set until January 26, 2009. The discovery cutoff, however, is September 5, 2008.  The parties request additional time in which to complete discovery.  The parties request until November 21, 2009. This request will not affect any other deadline dates nor will it delay the trial of this case but it will enable the parties to timely complete all necessary discovery. The undersigned advises the Court that he has permission from the other attorneys to file this Motion.

WHEREFORE, these premises prayed, the parties jointly move this Court to

1

extend the discovery cutoff until November 21, 2008.

/s/ *Randall Morgan*
RANDALL MORGAN [MORG8350]
ELIZABETH B. CARTER [3272-C-38E]
Attorney for Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of August, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Jeffrey W. Bennitt
Jeff Bennitt & Associates, LLC
P.O. 383063
Birmingham, Alabama 35238-3063

Wanda D. Devereaux, Esq.
Deveraux & Associates, LLC
2800 Zelda Road, Ste 200-2
Montgomery, Alabama 36106

William K. Hancock, Esq.
Adams & Reese, LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203

/s/ *Randall Morgan*
OF COUNSEL