IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-162-MEF |
| ) | |
| CITY OF AUBURN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Discovery Deadline (Doc. #85) filed on August 13, 2008, it is hereby

ORDERED that the motion is GRANTED to and including November 21, 2008.

DONE this the 15th day of August, 2008.

                                             /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE