IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRIS E. TURNER, | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-162-MEF |
| CITY OF AUBURN, | ) (WO) |
|    Defendant. | ) |

## **ORDER**

In light of this Court's Order on September 30, 2008 (Doc. # 96) dismissing third-party defendant CWH Research, Inc., CWH Research, Inc.'s Motion for Summary Judgment (Doc. #89) filed on September 19, 2008, is hereby DENIED as moot.

DONE this the 25th day of November, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE